**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: EVERGREEN SECURITY, LTD.**
**6:01-BK-00533-ABB**

---

**PETER R. GINSBERG and PETER R. GINSBERG, P.C.,**

      **Appellants,**

-vs-                   **Case No. 6:08-cv-46-Orl-GAP**

**EVERGREEN SECURITY LTD.,**

      **Appellee.**

---

## ORDER

  This matter comes before the Court on the Motion to Stay Proceedings Relating to the Bankruptcy Court's Proposed Findings (Doc. 31) filed by the Appellants, Peter R. Ginsberg and Peter R. Ginsberg, P.C. (collectively, "Ginsberg"). The Appellee, Evergreen Security Ltd. ("Evergreen") has not responded to the motion.

  Ginsberg seeks to have the Court delay consideration of the Bankruptcy Court's proposed findings of fact and conclusions of law (Doc. 28-6) regarding the imposition of sanctions under Section 1927, which were transmitted to this Court on February 8, 2008. Ginsberg argues that a determination by this Court that he acted in good faith in filing the recusal motion that lies at the heart of this appeal would render moot any need to consider the proposed findings and conclusions. As the Appellants do not oppose the motion, and to avoid if possible any unnecessary proceedings, the motion will be granted. It is therefore

**ORDERED** that the Motion to Stay Proceedings Relating to the Bankruptcy Court's Proposed Findings (Doc. 31) is **GRANTED**, and consideration of the proposed findings and conclusions is **STAYED** pending resolution of the good faith issue or further order of this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 11, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party