**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: EVERGREEN SECURITY,**
**LTD.**
**6:01-BK-00533-ABB**

_____

**PETER R. GINSBERG and PETER R.**
**GINSBERG, P.C.,**

                **Appellants,**

-vs-                                               **Case No.  6:08-cv-46-Orl-GAP**

**EVERGREEN SECURITY LTD.,**

                **Appellee.**

_____

## ORDER OF RECUSAL

So far as the undersigned is aware, no basis exists that requires recusal pursuant to 28 U.S.C. § 455.  However, my former law firm, in which my wife is a shareholder, represented Gray Robinson in connection with the dispute now on appeal.  In addition, as a practicing lawyer, I represented one of Mr. Ginsberg's clients – Atlantic Portfolio Analytics & Management, Inc. ("APAM")[1] – which was a party to a related adversary proceeding that apparently served as a touchstone for the instant dispute.  Given the nature of this appeal, which involves questions as to

---

[1] Contrary to Mr. Knight's affidavit (Doc. 26-2), it is my recollection that I represented APAM as well as its clients.  In any event, I had a close professional relationship with APAM regarding a significant commercial dispute.

the objectivity of the bankruptcy judge, it is appropriate to eliminate any doubt as to the impartiality of this Court. Thus, to avoid any possible suggestion of bias, I hereby recuse myself from this matter pursuant to 28 U.S.C. § 455(a). The Clerk is directed to reassign this case to another judge of this Court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 1, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record